UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
FEB 0 6 2006

***********************************************************

| | | |
|---|---|---|
| ROBERT FOX, | * | CIV 05-4003 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| WAGNER/LAKE ANDES AMBULANCE DISTRICT, | * | |
| Defendant. | * | |

***********************************************************

Based upon the Stipulation for Dismissal of the parties, it is hereby,

ORDERED, ADJUDGED AND DECREED that the action is hereby dismissed with prejudice, on the merits, and with each party to bear its own costs.

Dated this 6th day of February, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY